IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN RAYFORD, | ) | CIVIL NO. 04-00565 JMS-BMK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| WENDALL OMURA, ELLIOTT PLOURDE and DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 14, 2006.

_____
J. Michael Seabright
United States District Judge