AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOHN RAYFORD,<br><br>    Plaintiff,<br><br>    V.<br><br>WENDALL OMURA, ELLIOTT PLOURDE and DOES 1-10,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00565JMS-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 21, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Action is DISMISSED with Prejudice, and as pursuant to the provisions set forth in the *"Order of Dismissal"* filed on February 14, 2006.

cc:   All Counsel and/or Parties of Record

| February 21, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |